FILED ____ ENTERED
____ LODGED ____ RECEIVED

MAY 2 3 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
EASTERN District of PA

United States of America
v.

ROBERT MANSFIELD
*Defendant*

Case No. 13-179-02

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ROBERT MANSFIELD a/k/a "Rob"

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
21:846 CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE
21:841(a)(1) DISTRIBUTION OF METHAMPHETAMINE
18:CONSPIRACY TO COLLECT AN EXTENSION OF CREDIT BY EXTORTIONATE MEANS
18:2 AIDING AND ABETTING

Date: 04/17/2013

James Hamilton, Deputy Clerk
*Issuing officer's signature*

City and state: PHILA., PA

MICHAEL E. KUNZ, CLERK OF COURT
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____   Arresting officer's signature _____ |
| Printed name and title _____ |