IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED
USMS-PRIS OPS
BALTIMORE, MD

2013 MAY 23  P 1: 54

**UNITED STATES OF AMERICA**

vs.                                Case No. 13-1235BPG

**Robert Mansfield**

\*\*\*\*\*\*

___FILED  ___ENTERED
___LODGED ___RECEIVED

MAY 2 3 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Premal Dharia_, and the Government was represented by Assistant United States Attorney _David Copperthite_, it is

**ORDERED**, this __23rd__ day of __May__ __2013__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

/s/ Beth P. Gesner
United States Magistrate Judge